**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Khambrel HOLCOMBE, a.k.a. Brel, Defendant–Appellant.**

No. 14–11060

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 29, 2014.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Scott Behnke, Corey Steinberg, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Nathan Dorlan Clark, Coral Reef Law Offices, PA, Palmetto Bay, FL, Khambrel Holcombe, FCI Coleman Low–Inmate Legal Mail, Coleman, FL, for Defendant–Appellant.

Before MARTIN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Nathan Clark, counsel for Khambrel Holcombe, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Holcombe's conviction and sentence are **AFFIRMED.**